# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-09-1212-R**                    **DATE: JUNE 24, 2009**

**TITLE: RUDY MORENO -V- LIFE INSURANCE CO OF NORTH AMERICA**
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

William Horrell                              N/A
**Deputy Clerk**                          **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

**Not present**                               **Not present**


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON JULY 6,  2009 AT

11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


MINUTES FORM II                                    Initials of Deputy Clerk __WH__
CIVIL - GEN                      D-M